UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
Lee Kum Kee Company Ltd.

-vs-

Kung Fung USA Trading Co. Inc. et al
-------------------------------------------------X
GERSHON, U.S.D.J.

ORDER
CV 07-3661 (NG)(RER)

It is hereby ordered that this case is unsealed.

So Ordered.

s/Nina Gershon

Nina Gershon, U.S.D.J.

Dated: September 21, 2007
 Brooklyn, New York

cc: Joseph T. Roccanova, Esq.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2007 ★